**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-50131-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Susan Frances Graves, | |
| Defendant. | |

Defendant Susan Frances Graves has filed a *pro se* Motion with this Court to Terminate her Supervised Release Term pursuant to 18 U.S.C. 3583(e)(1). (Doc. 2). The Government has filed a Response (Doc. 6) stating no opposition to the Motion. The U.S. Probation Office has provided the Court with its position of support for early termination. The Court now issues its Order.

I. **Background**

Defendant Susan Graves was sentenced to a term of 41 months in custody for Possession with the Intent to Distribute Methamphetamine followed by three-years on supervised release. She was released from custody on December 31, 2018. She then began serving her supervised release term on that day. This Court accepted supervision of Ms. Graves on June 2, 2020. She now seeks early termination of her supervised release term and to relocate back to Oregon.

II. **Law and Analysis**

Title 18 U.S.C. § 3583(e)(1) gives a district court discretion in determining whether

or not to grant a motion to terminate supervised release. *See United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). In so doing, the Court must consult the sentencing factors in 18 U.S.C. § 3553(a). *Id.* In reviewing those factors, the Court finds as follows: Ms. Graves has served approximately two-years of her imposed supervised release term; while incarcerated, she completed the Residential Drug Abuse Program and avows that she has maintained sobriety; she recently became a grandmother which appears to be her primary reason for seeking early termination; she is currently employed and states having an offer of employment in Oregon. Moreover, she has paid her special assessment fee and remained in compliance with her conditions of supervised release. Importantly, her supervising U.S. Probation Officer supports her early termination. There do not appear to be any significant factors weighing against such termination. Accordingly,

**IT IS ORDERED** granting Defendant Susan Francis Grave's *pro se* Motion for Early Termination of Supervised Release (Doc. 2).

Dated this 3rd day of February, 2021.

_____
Honorable Diane J. Humetewa
United States District Judge